UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFERY A. McKINSTRY

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

Case No. 20-10780

Stephanie Dawkins Davis
United States District Judge

**OPINION AND ORDER ACCEPTING AND ADOPTING
THE MAGISTRATE JUDGE'S AUGUST 4, 2021
REPORT AND RECOMMENDATION (ECF No. 17)**

Currently before the Court is Magistrate Judge Anthony P. Patti's August 4, 2021 Report and Recommendation. (ECF No. 17). Magistrate Judge Patti recommends granting defendant's motion for summary judgment, denying plaintiff's motion for summary judgment, and affirming the decision of the Commissioner. The court is fully advised in the premises and has reviewed the record and the pleadings. Neither party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 2012 WL 3639070 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). The court nevertheless agrees with the Magistrate Judge's recommended disposition.

Therefore, the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's Report and Recommendation (ECF No. 17), **GRANTS** defendant's motion for summary judgment, **DENIES** plaintiff's motion for summary judgment and **AFFIRMS** the decision of the Commissioner.

    **IT IS SO ORDERED**.

Date: August 26, 2021                             <u>s/Stephanie Dawkins Davis</u>
                                                  Stephanie Dawkins Davis
                                                  United States District Judge